# EXHIBIT 1 – TRAINING CERTIFICATE

ASDI

Delta Defense LLC

DBA Armed Self Defense Institute / ASDI

Certificate #: 85235

## Concealed Handgun Training Class Certificate - 8 Hours

Student: Gregory Howeth

Completed: 05/23/2026

Course Format: In Person

Centennial, CO

Classroom Instructor Signature:

Range Instructor Signature:

Instructor: Wesley Boelter

NRA Instructor: 262685902

Colorado Verified Instructor: Douglas County

Colorado Verified Instructor:

Instructor: Michael W Thompson

NRA/USCCA Number: 194746158 / 4275528

Verified Instructor: 25AC0056

When this certificate is signed by the Classroom Instructor, it certifies the student has completed an in-person Concealed Handgun Training Class that included firearms safety, handling, familiarity, and skills through Armed Self Defense Instruction LLC (ASDI) and that the student passed the class exam with a score of 80% or higher. When the certificate is signed by the Range Instructor, it certifies the student has completed a live-fire shooting exercise conducted on a range, discharged at least fifty rounds of ammunition, and achieved at least 70% accuracy score. When this certificate is signed by both instructors it certifies the class was HB24-1174 compliant and was 8-hours in duration. Additionally, this course covered requirements found in Arizona Revised Statute § 13-3112, Montana Code Annotated § 45-8-321, Oregon Revised Statute § 166.291, Virginia Code Section § 18.2-308.02, Wyoming Statute § 6-8-104 (b), and Florida Statute §790.06 (class included live fire). Class was taught by an instructor certified by the NRA or USCCA and ASDI as well as being a Colorado Verified Instructor. No part of this class was completed online, instructors and students were in-person together. For certificate authentication please call (720) 679-4900

---

*To complete the live-fire shooting exercise, take the above certificate to one for the following ranges. Your range time and range instructor are prepaid as part of your course fee. Bring your own firearm and at least 50 rounds of ammunition. If you do not own a gun, you can rent one for an additional fee and purchase ammo at the range. Go one Monday or Tuesday or schedule an appointment in advance. Taking this certificate to a range not listed below will require paying the range for the instructor and range time. After you have completed your live-*