# EXHIBIT 2 - EMAIL CORRESPONDENCE

| | |
|---|---|
| **From:** | Debbie Berg <dberg@weld.gov> |
| **Sent:** | Thursday, May 28, 2026 10:27 AM |
| **To:** | Greg Howeth <greg@lahainadivers.com> |
| **Subject:** | New Concealed Handgun Permit info per our conversation |

Greg

Again, I am still learning, and I am sorry I didn’t understand all our processes.

As we discussed on the phone, if you want to get a Concealed Handgun Permit you must have a Colorado Drivers License or Colorado ID card per the state status.

So, there are two things that you can do:

- Apply for a Colorado ID Card and bring us the paper they give you, so we see that you did apply. This will start the process of getting a concealed handgun permit. Then you would need to bring in the ID card so we can put a copy of the front and back in our files.

OR

- Ask for a refund of the permit fee of $52.50. This must be within 30 days. We send out refunds on the 15th and 31st of each month.

Let me know if you want the refund.

Again, sorry about this.

Debbie Berg
Law Enforcement Tech
Weld County Sheriff’s Office
1950 “O” Street
Greeley, CO 80631
970-555-2871
dberg@weld.gov

“You can often change your circumstances by changing your attitude”
Eleanor Roosevelt

WELD COUNTY SHERIFF
STEVE REAMS