# EXHIBIT 3 – McDONALD'S RECEIPT



Buy One Get One Any Sandwich
(equal or lesser value)
by visiting www.mcdvoice.com
Validation code: ______
Expires in 30 days
Survey Code:
39434-13810-52826-13361-00151-8
McDonald's Restaurant #39434
6493 N. TOWER RD
Denver, CO 80249
TEL# 303-371-6410
Thank You Valued Customer
05/28/2026 01:36 PM
KS# 13 Order 81
Side1 3.78
2 McChicken
NO Mayonnaise
ADD Ketchup 4.59
1 L French Fries 5.69
1 L Mocha Frappe

| | |
|---|---|
| Subtotal | 14.06 |
| Tax | 1.12 |
| Take-Out Total | 15.18 |
| Cashless | 15.18 |
| Change | 0.00 |

MER# 634892
CARD ISSUER ACCOUNT#
Visa SALE ***********8446
TRANSACTION AMOUNT 15.18
CONTACTLESS
AUTHORIZATION CODE - 05260I
SEQ# 224023
AID: A0000000031010
McDonald's Restaurant
Sign up for MyMcDonald's rewards
to earn points on future visits