**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:26-cv-03690**

GREG HOWETH, ET AL.,

*Plaintiffs*,

v.

CITY AND COUNTY OF DENVER, COLORADO, ET AL.,

*Defendants*.

---

## PLAINTIFFS' STATUS REPORT AND PROPOSED PRELIMINARY-INJUNCTION BRIEFING SCHEDULE

Pursuant to the Court's September 9, 2026 Order (ECF No. 20), the parties conferred on September 14, 2026, regarding consolidation and a proposed briefing schedule. Unfortunately, for the reasons identified below, a joint status report was not possible.

Counsel for all parties conferred on September 14, 2026. Plaintiffs favor consolidating the preliminary-injunction proceedings with the merits under Federal Rule of Civil Procedure 65(a)(2) because they believe the dispute presents purely legal questions. Defendants oppose consolidation and maintain that substantial discovery is necessary.

The parties agreed to propose October 26, 2026, as the deadline for Defendants' responses to Plaintiffs' motion for preliminary injunction, and November 9, 2026, as the deadline for Plaintiffs' reply. Plaintiffs request that the Court adopt those dates.

Plaintiffs intended to submit a joint report and sought to avoid burdening the Court with separate filings. On September 16, Plaintiffs circulated a short draft reporting the outcome of the conference, briefly stating each side's position on consolidation, and providing the agreed briefing dates.

Counsel for the State Defendants, Mr. Glick, returned a substantially expanded draft containing argument concerning jurisdiction, standing, laches, anticipated discovery, and the propriety of Plaintiffs' request for interim relief. The additions included a characterization of preliminary-injunction litigation as "inefficient and unnecessary."

Plaintiffs objected, feeling it improper to convert the simple requested status report into an argumentative submission, as the parties have the opportunity to present argument on the motion in their respective briefing. To resolve the disagreement, Plaintiffs offered to remove both sides' explanations and report simply that Defendants opposed consolidation and that the parties had agreed on proposed briefing dates. Plaintiffs also reminded counsel of the September 23

deadline and explained that, should the matter not be resolved by September 21, Plaintiffs would have no choice but to inform the court.

On September 21, Mr. Glick continued to insist on including argument in any joint report addressing consolidation, offering instead a joint scheduling submission and separate consolidation statements, each containing argument.

Regrettably, Plaintiffs' efforts to obtain a concise joint report in compliance with this Court's order therefore proved unsuccessful. Mr. Glick's insistence that the joint report include Defendants' disputed advocacy prevented agreement on that submission. Plaintiffs accordingly submit this report separately to comply with the Court's deadline while preserving the parties' agreement on the proposed briefing schedule.

Dated: September 23, 2026.

Respectfully submitted,

*/s/ Matthew Larosiere*
Matthew Larosiere
The Law Office of Matthew Larosiere
6964 Houlton Cir.
Lake Worth, FL 33467
(561) 452-7575
Fla. Bar No. 1005581
larosieremm@gmail.com

*/s/ Alan Beck*
Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
alan.alexander.beck@gmail.com

*Attorneys for Plaintiffs*