**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:26-cv-03690**

GREG HOWETH, ET AL.,

*Plaintiffs*,

v.

CITY AND COUNTY OF DENVER, COLORADO, ET AL.,

*Defendants*.

---

## DEFENDANTS' STATUS REPORT

On September 9, 2026, this Court ordered the parties to confer regarding consolidation under Rule 65(a)(2) and a proposed briefing schedule, and it directed the parties to file a status report on or before September 23, 2026. (Dkt. 20). The parties conferred on September 14 and agreed that Defendants' opposition to Plaintiffs' motion for preliminary injunction would be due October 26, 2026 and that Plaintiffs' reply would be due November 9, 2026.

The parties disagreed on the content of the ensuing status report. On September 21, after Plaintiffs objected to Defendants' edits to the initial draft of the Joint Status Report, Defendants provided an alternative draft of the status report that sought to address Plaintiffs' concerns and described Defendants' position on

consolidation with the following two sentences:

> Defendants oppose consolidation because they believe the motion for preliminary injunction may be denied on non-merits grounds, including, for example, lack of subject matter jurisdiction, lack of standing, and/or the doctrine of laches. Defendants also believe discovery is necessary to their defense of the case and intend to obtain discovery on facts related to, *inter alia*, whether Plaintiffs have standing, whether Plaintiffs' delay in seeking injunctive relief is justified under the doctrine of laches, the City of Denver's firearms permitting and enforcement regime, the relevant historical firearms regulations (including through expert testimony), and the appropriate scope of relief (if any) for these Plaintiffs based on their specific alleged harms.

Counsel for Plaintiffs did not respond to that proposed compromise. Instead, Plaintiffs filed a unilateral status report a day early, on September 22, 2026, thereby cutting short the conferral process. (Dkt. 28).

Dated: September 23, 2026.

Respectfully submitted,

*/s/ Ashley Kelliher*
Ashley Kelliher
Denver City Attorney's Office
201 W. Colfax Ave.
Denver, CO 80202
(970) 217-8299
ashley.kelliher@denvergov.org

*Attorney for Denver Defendants*

/s/ *Kolya Glick*
Emily Burke Buckley
First Assistant Attorney General
Kyle M. Holter
Kolya D. Glick*
Senior Assistant Attorneys General
Public Officials Unit
State Services Section
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, Denver, CO 80203
Telephone: 720.508.6000
emily.buckley@coag.gov
kyle.holter@coag.gov
kolya.glick@coag.gov
*Practicing pending admission under C.R.C.P. 205.6

*Attorneys for State Defendants*