IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03690

GREG HOWETH;
ZACKARY DOUGHERTY;
NATIONAL RIFLE ASSOCIATION OF AMERICA; and
COLORADO STATE SHOOTING ASSOCIATION,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO;
AL GARDNER, in his official capacity as Executive Director of Public Safety for the City and County of Denver;
RON THOMAS, in his official capacity as Chief of Police for the City and County of Denver;
MIKO BROWN, in her official capacity as City Attorney for the City and County of Denver;
ELIAS DIGGINS, in his official capacity as Sheriff of Denver;
PHIL WEISER, in his official capacity as Colorado Attorney General; and
STAN HILKEY, in his official capacity as Executive Director of the Colorado Department of Public Safety,

Defendants.

---

**DECLARATION OF DENVER POLICE CHIEF RON THOMAS**

---

I, Ron Thomas, state as follows:

1. I am the Chief of Police of the Denver Police Department (the "Department"). I report to Al Gardner, the Executive Director of Denver's Department of Safety. I oversee the Police Department's Identification Bureau, which receives and processes requests to carry firearms in the City and County of Denver.

2. Denver Municipal Code Section 38-118 regulates the open carry of weapons in Denver under circumstances that are specified in the Denver code. Specifically, it is lawful to openly carry a weapon in Denver if, at the time of carrying, the person is "[a] law enforcement

officer," "[a]n active-duty member of the United States Armed Forces, while engaged in the performance of their duties," "[i]n their own dwelling, place of business, or on property owned or under their control," "[t]ransporting the weapon while travelling within a private automobile or other private means of conveyance for the purposes of hunting or the lawful protection of such person or their property, or another person or that person's property." Section 38-118(c).

3. A person is also permitted to open carry if, at the time of carrying, the person is "[a]cting with valid authorization from the city." Section 38-118(c).

4. To my knowledge, Plaintiffs Greg Howeth and Zackary Dougherty did not seek authorization to openly carry handguns in Denver.

5. The Department has no record of receiving any such request from either Mr. Howeth or Mr. Dougherty.

6. Based on conversations with personnel of the Denver City Attorney's Office, Executive Director Gardner's office, and the office of Sheriff Elias Diggins, those offices have no record of receiving a request for authorization to open carry from Mr. Howeth or Mr. Dougherty.

7. If Mr. Howeth or Mr. Dougherty had sought authorization from the Department to openly carry handguns in Denver, the Department would have considered any such request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 26, 2026.

*/s/ Ron Thomas*
Ron Thomas, Police Chief