**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:26-cv-03690**

GREG HOWETH;
ZACKARY DOUGHERTY;
NATIONAL RIFLE ASSOCIATION OF AMERICA; and
COLORADO STATE SHOOTING ASSOCIATION,

*Plaintiffs*,

v.

CITY AND COUNTY OF DENVER, COLORADO;
AL GARDNER, in his official capacity as Executive Director of Public Safety for the City and County of Denver;
RON THOMAS, in his official capacity as Chief of Police for the City and County of Denver;
MIKO BROWN, in her official capacity as City Attorney for the City and County of Denver; ELIAS DIGGINS, in his official capacity as Sheriff of Denver;
PHIL WEISER, in his official capacity as Colorado Attorney General; and
STAN HILKEY, in his official capacity as Executive Director of the Colorado Department of Public Safety,

*Defendants*.

---

**JOINT MOTION TO ADJOURN SCHEDULING CONFERENCE**

---

Plaintiffs Greg Howeth, Zackary Dougherty, the National Rifle Association of America, and the Colorado State Shooting Association (together, “Plaintiffs”), through their undersigned counsel, and Defendants City and County of Denver, Colorado, Al Gardner, Ron Thomas, Miko Brown, Elias

Diggins, Phil Weiser, and Stan Hilkey (together, "Defendants"), submit this joint motion to adjourn the scheduling conference, currently scheduled for November 18, 2026, until 60 days after this Court rules on the pending preliminary injunction motion. As good cause in support thereof, the parties state as follows:

1. Plaintiffs filed their initial Complaint on August 12, 2026. (Dkt. 1).

2. The Court set a Scheduling Conference for November 18, 2026. (Dkt. 5)

3. Plaintiffs filed their Amended Complaint on August 31, 2026. Defendants agreed to waive service of the Amended Complaint, and the deadline for Defendants to answer or otherwise respond to the Amended Complaint was November 2, 2026. (Dkt. 12).

4. Plaintiffs filed a motion for preliminary injunction on September 4, 2026. (Dkt. 19).

5. Briefing is complete on the motion for preliminary injunction and the parties are awaiting a ruling from this Court.

6. Defendants filed an unopposed motion to extend the deadline to answer or otherwise respond to the Amended Complaint until 30 days after the Court's ruling on the Plaintiffs' motion for preliminary injunction. (Dkt. 35)

7. This Court granted that motion on October 30, 2026. (Dkt. 36).

8. This Court's preliminary injunction order will likely give guidance on the scope and nature of discovery.

9. To allow the parties to avoid potentially unnecessary and/or premature work on the proposed Scheduling Order and related discovery matters while the preliminary injunction motion is pending, Plaintiffs and Defendants jointly request the scheduling conference to be adjourned until 60 days after this Court's ruling on the pending preliminary injunction motion.

10. Counsel for the parties certify that they are providing a copy of this motion to their clients pursuant to D.C.COLO.LCivR 6.1(c).

WHEREFORE, it is requested that the Court adjourn the Scheduling Conference and all related deadlines until 60 days after this Court's ruling on the pending preliminary injunction motion.

Respectfully submitted this 16th day of November, 2026.

*/s/ Alan Beck*
Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105

*/s/ Ashley Kelliher*
Ashley Kelliher
Denver City Attorney's Office
201 W. Colfax Ave.
Denver, CO 80202
(970) 217-8299

Alan.alexander.beck@gmail.com

Matthew Larosiere
The Law Office of Matthew Larosiere
6964 Houlton Cir.
Lake Worth, FL 33467
(561) 452-7575
Larosieremm@gmail.com

*Attorneys for Plaintiffs*

ashley.kelliher@denvergov.org

*Attorney for Denver Defendants*

*/s/ Emily Buckley*
Emily Burke Buckley
First Assistant Attorney General
Kyle M. Holter
Kolya D. Glick
Senior Assistant Attorneys General
Public Officials Unit
State Services Section
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, Denver, CO 80203
Telephone: 720.508.6000
emily.buckley@coag.gov
kyle.holter@coag.gov
kolya.glick@coag.gov

*Attorneys for State Defendants*

---

## NOTICE PURSUANT TO DDD CIV. P.S. III(A)(2)

---

Counsel hereby certifies that this motion complies with the length limitation set forth in DDD Civ. P.S. III(A)(2), because it contains 349 words.